**Order entered August 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-09-00758-CR

### DONALD GENE BLANTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 15189**

## ORDER

Before the Court is appellant's motion to extend time to file motion for rehearing, which was filed on July 31, 2013. We **GRANT** the motion. Appellant's time to file a motion for rehearing is extended to September 9, 2013.

/s/    JIM MOSELEY
        JUSTICE